**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 12-7331**

───────────────

UNITED STATES OF AMERICA,

                 Plaintiff - Appellee,

       v.

KARLEAK ALI,

                 Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Arenda Wright Allen, District Judge. (2:07-cr-00140-AWA-JEB-1)

───────────────

Submitted: February 21, 2013       Decided: February 25, 2013

───────────────

Before AGEE and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Karleak Ali, Appellant Pro Se. Kevin Michael Comstock, Assistant United States Attorney, Delnisea Monique Broadnax, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karleak Ali appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Ali, No. 2:07-cr-00140-AWA-JEB-1 (E.D. Va. May 30, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED